# UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**
## U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA

**DEFT:** SHELTON HYMAN (SURR)#
**CASE NO:** 14-60065-CR-COHN/SELTZER

**AUSA:** JULIA VAGLIENTI (J. ANTON DUTY)
**ATTY:**

**AGENT:**
**VIOL:** 21:USC 846, 841

**PROCEEDING:** INITIAL APPEARANCE /ARR/BOND
**RECOMMENDED BOND:**

**BOND/PTD HEARING HELD** - yes / no
**COUNSEL APPOINTED:**

**BOND SET @:** $100,000 PSB
**To be cosigned by:**

- [ ] All standard conditions
- [ ] Do not encumber property.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person. FTL
- [x] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [x] Maintain or seek full - time employment.
- [x] No contact with victims / witnesses. INCLUDES CO-DEFT.
- [x] No firearms.
- [ ] Curfew/Electronic Monitoring:
- [x] Travel extended to: SD/FL
- [ ] Other:

1 - ADVISED OF CHARGES.
ATTY NORMAN KENT FILED PERMANENT APPEARANCE IN COURT.
GOV'T RECOMMENDS $100,000 PSB

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1 - ARR SDO SIGNED.

**NEXT COURT APPEARANCE:** **DATE:** **TIME:** **JUDGE:** **PLACE:**

**REPORT RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM/ARRAIGN OR REMOVAL:**

**STATUS CONFERENCE:** NO STATUS CONF.

**DATE:** 04/02/2014   **TIME:** 11:00 AM   **FTL/TAPE/#** AOV-   **Begin DAR:** 11:11:34   3

{10 Mins}