UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60065-CR-COHN/BSS

UNITED STATES OF AMERICA

        Plaintiff,

vs

MICHAEL ROHRS,
        Defendant.

**ORDER ON INITIAL APPEARANCE**
**Language**: English

AUSA: J. Vaglienti (Duty D. Chase)

_____

The above-named defendant having been arrested on 04/21/14 and having appeared before the court for initial appearance on 04/21/14 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

    **ORDERED** as follows:

1. _____
appeared as permanent/temporary counsel of record.
Address:_____
Zip Code: _____ Telephone: _____

2. CJA: PETER PATANZO. (APPEARED BY PHONE)
appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: 954-779-1700

3. **The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____ before Judge _____.**

4. **Arraignment/Preliminary/Removal/Identity** hearing is set for 0: _____ **A.M. Before Duty Magistrate Judge** _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____ **A Detention/Bond hearing**, pursuant to 18 U.S.C. Section 3142(f), is set for _____.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142: Will Call For Date T Time For PID & Trl. Hrgs. This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____a. Surrender all passports and travel documents to the Pretrial Services Office and do not obtain passport.
____b. Report to Pretrial Services as follows:____as directed;___times a week /month by phone, ___times a week/month___in person; other_____
____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.
____e. Maintain or begin an educational program.
____f. Avoid all contact with victims of or witnesses to the crimes charged.
____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____h. Comply with the following curfew:_____

_____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_____j. Comply with the following additional special conditions of this bond:
_____
bond was set: At Arrest _____
              On Warrant _____
              After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is_____
_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 21st day of April, 2014.

_____
BARRY S. SELTZER
CHIEF U. S. MAGISTRATE JUDGE

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation